STATE v. BENFIELD

No. 454P88.

Case below: 91 N.C. App. 228.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 3 November 1988. Temporary stay dissolved 3 November 1988.

STATE v. BYRD

No. 410A88.

Case below: 91 N.C. App. 170.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and App. Rule 16(b) as to additional issues denied 3 November 1988. Petition by defendants for writ of supersedeas allowed 3 November 1988 on the condition that the secured appearance bonds remain in effect.

STATE v. COLVIN

No. 305P88.

Case below: 90 N.C. App. 411.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 November 1988.

STATE v. CROSS

No. 479P88.

Case below: 91 N.C. App. 585.

Petition by defendant for temporary stay denied 31 October 1988. Petition by defendant for writ of habeas corpus denied 3 October 1988.

STATE v. FULLER

No. 403P88.

Case below: 90 N.C. App. 771.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 November 1988.